# DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
## FOURTH DISTRICT

**SAMMY LEE GIBBS,**
Appellant,

v.

**D.L. STINE,**
Appellee.

No. 4D15-2934

[September 24, 2015]

Appeal from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Edward Artau, Judge; L.T. Case No. 2015CA006642.

Sammy Lee Gibbs, South Bay, pro se.

No brief filed on behalf of appellee.

PER CURIAM.

This petition for writ of certiorari is redesignated as a final appeal of the circuit court's order dismissing the habeas corpus petition filed by Sammy Lee Gibbs. *Whisner v. Moore*, 825 So. 2d 420 (Fla. 1st DCA 2002). We treat the petition as the initial brief and summarily affirm. Fla. R. App. P. 9.315(a); *Rafael v. Crews*, 154 So. 3d 505 (Fla. 4th DCA 2015).

*Affirmed.*

CIKLIN, C.J., MAY and KLINGENSMITH, JJ., concur.

\*　　\*　　\*

***Not final until disposition of timely filed motion for rehearing.***